# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br>v.<br>ISRAEL SOTO (2),<br>                            Defendant. | Case No. 14cr216-MMA-2<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>[Doc. No. 692] |

On November 3, 2016, Defendant Israel Soto pleaded guilty to Counts 1 and 3 of a Superseding Indictment charging him with conspiracy to distribute methamphetamine, in violation of Title 21, United States Code, sections 841(a)(1) and 846, and possession with intent to distribute methamphetamine, in violation of Title 21, section 841(a)(1), and Title 18, section 2. *See* Doc. No. 571. Defendant was sentenced to a total custodial term of 135 months. *See* Doc. No. 626. Defendant now requests appointment of counsel to assist him with pursuing relief under Title 18, section 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. *See* Doc. No. 692. There is no right to counsel in section 3582(c)(2) proceedings, *see United States v. Townsend*, 98 F.3d 510, 512–13 (9th Cir. 1996), and the Court declines to exercise its discretion to

1  appoint counsel.  Defendant has capably represented himself several times when seeking
2  post-judgment relief in this action and he may do so again.
3        Accordingly, the Court **DENIES** Defendant's request for appointment of counsel.
4        **IT IS SO ORDERED**.
5  DATE: April 29, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge